UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ROBIN WEBB,

      Plaintiff,

v.                                                                    Hon. Hala Y. Jarbou

M.G.H. FAMILY HEALTH CENTERS, INC.,                 Case No. 1:24-cv-888

      Defendant.

**ORDER**

This matter is before the Court on Plaintiff's First Amended Motion for Order to Compel Production of Documents, Answer to Interrogatories, Further Obtaining Answers, and an Extension of Discovery for Plaintiff. (ECF No. 30.) For the reasons stated on the record at the hearing held June 30, 2025, the motion (ECF No. 30) is granted in part and denied in part as follows:

Defendant is ordered to produce the personnel file for Maria Schaefer, which will be subject to the parties' protective order. The parties shall be allowed 60 days from the date of this order to make efforts to locate, serve, and depose Ms. Schaefer. This enlargement of time does not extend any other deadlines in the case.

Plaintiff's motion regarding Defendant's response to Interrogatories 6 and 7 is denied as moot because Defendant has represented that it will not claim advice of counsel as a defense in this case.

Plaintiff's motion regarding Request for Production No. 5 is granted in part and denied in part. Defendant shall produce the following documents within 14 days of the date of this order:

1. Any personnel records related to other instances in which Dr. Agana or Ms. Schaefer made decisions regarding requested accommodations within the last 10 years.

2. Personnel records sufficient to show the reason for Schaefer's separation.

3. Personnel records sufficient to show any adverse employment action taken against either Ms. Schaefer or Dr. Agana within the last 10 years.

4. Documents sufficient to demonstrate what decisions were made related to any other requests for accommodation by family practice or internal medicine physicians within the last 10 years.

5. Documents sufficient to show the basis for termination of any other family practice or internal medicine physician who was involuntarily terminated within the last five years.

6. Documents sufficient to show any other instance in which Defendant documented the poor behavior or performance of a family practice or internal medicine physician within the last five years.

Plaintiff's motion regarding Defendant's boilerplate objections is denied as moot as stated on the record.

IT IS SO ORDERED.

Dated: June 30, 2025                              /s/ Sally J. Berens
                                                 SALLY J. BERENS
                                                 U.S. Magistrate Judge