UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN WEBB,

      Plaintiff,                       Case No. 1:24−cv−00888−HYJ−SJB

    v.                            Hon. Hala Y. Jarbou

M.G.H. FAMILY HEALTH CENTERS,
INC.,

      Defendant.
_____/

## ORDER

      The Court having been advised of the parties' agreement to settle this matter by way of a report of facilitative mediation (ECF No. 38) filed on August 11, 2025, **IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **August 25, 2025**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

      IT IS SO ORDERED.

Dated:  August 11, 2025                    _/s/ Hala Y. Jarbou_____
                                      HALA Y. JARBOU
                                      Chief United States District Judge