# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## WESTERN DIVISION

ROBIN WEBB, M.D.,

                      Plaintiff,

     v.

M.G.H. FAMILY HEALTH CENTERS, INC.
d/b/a MUSKEGON FAMILY CARE,

                Defendant.

Case No. 1:24-cv-00888
Hon. Hala Y. Jarbou
Mag. Judge Sally J. Berens

| | |
|---|---|
| William F. Piper (P38636) | Maria Fracassa Dwyer (P60946) |
| **WILLIAM F. PIPER, P.L.C.** | Nina Jankowski (P80558) |
| 9848 Portage Rd. | **CLARK HILL PLC** |
| Portage, MI 49002 | 500 Woodward Ave., Suite 3500 |
| (269) 321-5008 | Detroit, MI 48226 |
| wpiper@wpiperlaw.com | (313) 965-8300 |
| *Attorney for Plaintiff* | mdwyer@clarkhill.com |
| | *Attorneys for Defendant* |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, through their respective attorneys, having agreed to dismissal of this matter with prejudice, in accordance with the terms of a Confidential Settlement Agreement and Release, and the Court being otherwise fully advised in the premises.

IT IS ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and without costs or attorneys' fees to any party.

This resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**


Date: _____

_____
Honorable Hala Y. Jarbou

L1106\480955\283181844.v1

2

**STIPULATED AND AGREED:**

Dated: August 11, 2025

*s/William F. Piper (w/permission)*
William F. Piper (P38636)
WILLIAM F. PIPER, PLC.
9848 Portage Road
Portage, Michigan 49002
269.321.5008
wpiper@wpeperlaw.com
*Attorney for Plaintiff*

Dated: August 11, 2025

*s/Maria Fracassa Dwyer*
CLARK HILL PLC
Maria Fracassa Dwyer (P60946)
Nina Jankowski (P80558)
500 Woodward Avenue - Suite 3500
Detroit, Michigan 48226
mdwyer@clarkhill.com
hreisdorff@clarkhill.com
(313) 965-8300
*Attorneys for Defendant*

L1106\480955\283181844.v1